AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Illinois Dept of Human Services    **JUDGMENT IN A CIVIL CASE**

v.                                  Case Number: 02 C 6721

United States Dept of Ed. Et al.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted.

DOCKETED
MAR 6 2003

Michael W. Dobbins, Clerk of Court

Date: 3/5/2003

Willie A. Haynes, Deputy Clerk